```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00743
   GEANNINE GRIFFITH HARRIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9232


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 01/14/2008 and was not confirmed.

    The case was dismissed without confirmation 04/17/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
GERALD W HARRIS          NOTICE ONLY   NOT FILED            .00          .00
DEUTSCHE BANK NATIONAL   CURRENT MORTG       .00            .00          .00
DEUTSCHE BANK NATIONAL   MORTGAGE ARRE  64055.20            .00          .00
BRIAN E ALEXANDER        DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------         --------------
TOTALS                      .00                       .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 07/23/08              _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```